DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOHN MARCUS DESENBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-cr-0406 LJO |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE;  ORDER THEREON |
| v. | |
| JOHN MARCUS DESENBERG, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, John Marcus Desenberg, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

DATED: December 14, 2011        /s/ John Marcus Desenberg
                                JOHN MARCUS DESENBERG

DATED: December 14, 2011        /s/ Peggy Sasso
                                PEGGY SASSO
                                Assistant Federal Defender
                                Attorney for John Marcus Desenberg

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

**Dated:   December 14, 2011**              /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE