DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOHN MARCUS DESENBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:11-cr-0406 LJO |
| ) | |
| *Plaintiff,* ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; |
| v. ) | ORDER |
| ) | |
| JOHN MARCUS DESENBERG, ) | Date: January 23, 2012 |
| ) | Time: 1:00 p.m. |
| *Defendant.* ) | Judge: Hon. Lawrence J. O'Neill |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorneys Jeremy R. Jehangiri and Michele L. Thielhorn, Counsel for Plaintiff, and Assistant Federal Defenders Peggy Sasso and Eric V. Kersten, Counsel for Defendant John Marcus Desenberg, that the hearing currently set for December 19, 2011 at 1:00 p.m., **may be rescheduled to January 23, 2012 at 1:00 p.m.**

The government has indicated that it will be providing initial discovery in this matter by the end of this week. The continuance is at the request of defense counsel to allow time to review and investigate the anticipated discovery prior to the first hearing. The parties agree that additional time is needed and the continuance will conserve time and resources for both counsel and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded pursuant to the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), and that good cause exists, and the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: December 15, 2011                /s/ Michele Thielhorn
                                        MICHELE THIELHORN
                                        JEREMY R. JEHANGIRI
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: December 15, 2011                /s/ Peggy Sasso
                                        PEGGY SASSO
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        John Marcus Desenberg


**Good Cause appears.  Time is excluded for the reasons stated.**

IT IS SO ORDERED.

**Dated:   December 16, 2011**        /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE