1  DANIEL J. BRODERICK, #89424
Federal Defender
2  PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
3  ERIC V. KERSTEN, CA Bar #226429
Designated Counsel for Service
4  2300 Tulare Street, Suite 330
Fresno, California  93721-2226
5  Telephone: (559) 487-5561

6  Attorney for Defendant
JOHN MARCUS DESENBERG
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 1:11-CR-00406 LJO
                                     )
12            *Plaintiff,*           )   STIPULATION TO SET HEARING RE: LOSS
                                     )   AMOUNT/RESTITUTION AND TO  CONTINUE
13     v.                            )   SENTENCING SCHEDULE AND HEARING;
                                     )   ORDER (note change in time on the date requested at
14  JOHN MARCUS DESENBERG,           )   line 21)
                                     )
15            *Defendant.*           )   Date:  July 20, 2012
                                     )   Time:  8:30 A.M.
16  _____)   Judge: Hon. Lawrence J. O'Neill

17

18

19     **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

20  Assistant United States Attorneys Jeremy R. Jehangiri, Counsel for Plaintiff, and Assistant Federal

21  Defenders Peggy Sasso and Eric V. Kersten, Counsel for Defendant John Marcus Desenberg, that a

22  hearing relating to loss amount and restitution **may be scheduled for July 20, 2012, at 8:30 A.M.**

23     **IT IS FURTHER STIPULATED** that a new sentencing schedule be set as follows:

24  | **Event:** | **Present Date:** | **Requested New Date:** |
| --- | --- | --- |
25  | Informal Objections Due | April 30, 2012 | July 30, 2012 |
| Formal Objections Due | May 14, 2012 | August 13, 2012 |
| Sentencing Hearing | May 21, 2012 - 10:30 A.M. | August 20, 2012 - 10:30 A.M. |

26     Pursuant to the plea agreement, the parties agreed to a loss amount for purposes of USSG §2B1.1.

27  The parties disagree, however, with respect to restitution, and believe that an evidentiary hearing will be

28

1   necessary to resolve the restitution amount.  Accordingly, the parties request the revised dates to allow

2   sufficient time to further investigate restitution and resolve the matter of restitution prior to sentencing.

3   The parties agree that this additional time is needed and the continuance will conserve time and resources

4   for both counsel and the court.

5          Because this is a sentencing hearing, there is no requirement for exclusion of time pursuant to the

6   Speedy Trial Act of 1974.  That said, the parties agree that the delay resulting from the continuance shall

7   be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C.

8   §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such

9   continuance outweigh the best interests of the public and the defendant in a speedy resolution of this

10  matter.

11                                          BENJAMIN B. WAGNER
                                            United States Attorney
12

13  Dated: April 30, 2012                   */s/  Jeremy R. Jehangiri*
                                            JEREMY R. JEHANGIRI
14                                          Assistant United States Attorney
                                            Attorneys for Plaintiff
15

16                                          DANIEL J. BRODERICK
                                            Federal Defender
17

18  Dated: April 30, 2012                   /s/ *Peggy Sasso*
                                            PEGGY SASSO
19                                          ERIC V. KERSTEN
                                            Assistant Federal Defender
20                                          Attorneys for Defendant
                                            John Marcus Desenberg
21

22
                                    ORDER
23
    Good cause exists.  Hearing: August 20, 2012 at 1:30 p.m..
24

25
    IT IS SO ORDERED.
26
    **Dated:    April 30, 2012**              **/s/ Lawrence J. O'Neill**
27                                          UNITED STATES DISTRICT JUDGE

28

    Stipulation to Set Hearing Re: Loss Amount/
    Restitution and to Continue Sentencing
    Schedule and Hearing; [Proposed] Order                -2-