1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,      )  CASE NO.: 1:11-CR-0406 LJO SKO
                                  )
11            Plaintiff,          )  STIPULATION AND ORDER
                                  )  CONTINUING SENTENCING HEARING
12                                )  **(NOTE CHANGE IN TIME)**
                                  )  Old Date:  August 20, 2012
13       v.                       )  Old Time:  1:30 p.m.
                                  )
14                                )  **New Date:  Sept. 10, 2012**
                                  )  **New Time:  10:30 p.m.**
15 JOHN MARCUS DESENBERG,         )  **Court:     Four**
                                  )  **  (Hon. Lawrence J. O'Neill)**
16            Defendant.          )
                                  )
17

18

19      Plaintiff the United States of America, and defendant JOHN

20 MARCUS DESENBERG, by and through their respective counsel of record,

21 hereby agree and stipulate to continue the Sentencing Hearing in this

22 case from August 20, 2012 to Sept. 10, 2012, at 1:30 p.m. in

23 Courtroom Four.

24      The parties have met and conferred concerning the restitution

25 issues in this case, and believe that through further discussions it

26 may be possible to resolve or narrow any remaining restitution

27 issues, potentially avoiding the need for an evidentiary hearing

28 regarding restitution at the Sentencing Hearing.  The grounds for

this stipulation are that the requested continuance would conserve time and resources for the Court, counsel, and witnesses, as the restitution issues may be narrowed or resolved if the continuance is granted.

The parties further stipulate and jointly request that the Court extend the deadline to file formal objections to the Presentence Report to one week prior to the continued sentencing date.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated:  August 9, 2012          BENJAMIN B. WAGNER
                                United States Attorney

                          By:   /s/ Kirk E. Sherriff
                                KIRK E. SHERRIFF
                                Assistant U.S. Attorney

                                Attorneys for Plaintiff
                                the United States


DATED:  August 9, 2012          DANIEL J. BRODERICK
                                Federal Defender

                          By:   /s/ Peggy Sasso
                                (authorized on 8/9/12)
                                PEGGY SASSO
                                ERIC KERSTEN
                                Assistant Federal Defenders

                                Attorneys for defendant
                                John Marcus Desenberg

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from August 20, 2012 to September 10, 2012 at 10:30 p.m., and that the deadline to submit formal objections to the Presentence Report is extended as set forth above.

IT IS SO ORDERED.

**Dated:   August 9, 2012**                            /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE