HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOHN MARCUS DESENBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:11-cr-0406 LJO / SKO |
| *Plaintiff,* | STIPULATION TO ADVANCE STATUS CONFERENCE; ORDER |
| vs. | |
| JOHN MARCUS DESENBERG, | |
| *Defendant.* | |

**IT IS HEREBY STIPULED** by and through the parties through their respective counsel, Assistant United States Attorney Kirk Sherriff, Sanchez, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant John Marcus Desenberg, that the status conference set for June 20, 2016 **may be advanced and rescheduled to Friday, May 20, 2016 at 1:30 a.m.** before the Honorable Sheila K. Oberto for a change of plea.

///

///

///

///

///

///

///

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: April 25, 2016         By:    */s/ Kirk E. Sherriff*
                                      KIRK E. SHERRIFF
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: April 25, 2016         By:    */s/ Peggy Sasso*
                                      PEGGY SASSO
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JOHN MARCUS DESENBERG

**O R D E R**

IT IS SO ORDERED.

Dated: **April 25, 2016**

UNITED STATES MAGISTRATE JUDGE