1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  PEGGY SASSO, Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOHN MARCUS DESENBERG

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | Case No.  1:11-cr-0406 LJO / SKO |
| 12 | Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| 13 | vs. ) | CONFERENCE; ORDER |
| 14 | JOHN MARCUS DESENBERG, ) | DATE: July 18, 2016 |
| 15 | Defendant. ) | TIME: 10:30 a.m. |
| 16 | ) | JUDGE: Lawrence J. O'Neill |

17      **IT IS HEREBY STIPULED** by and through the parties through their respective counsel,

18  Assistant United States Attorney Kirk Sherriff, Sanchez, Counsel for Plaintiff, and Assistant

19  Federal Defender Peggy Sasso, Counsel for Defendant John Marcus Desenberg, that sentencing

20  currently set for July 18, 2016 **at 8:30 a.m**., may be rescheduled to Monday, July 18, 2016 **at**

21  **10:30 a.m.** before the Honorable Lawrence J. O'Neill.

22      The reason for the request is that Mr. Desenberg resides in the Los Angeles area.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: May 23, 2016 | | By: | */s/ Kirk E. Sherriff*<br>KIRK E. SHERRIFF<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: May 23, 2016 | | By: | */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOHN MARCUS DESENBERG |

**O R D E R**

IT IS SO ORDERED.

   Dated:   **May 24, 2016**              **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES CHIEF DISTRICT JUDGE

Desenberg Stipulation and Order