**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**


**M E M O R A N D U M**


Honorable Lawrence J. O'Neill          **RE:  John Marcus Desenberg**
Chief United States District Judge            **Docket Number:  0972 1:11CR00406-001**
Fresno, California                            <u>**MODIFICATION CONDITION OF**</u>
                                              <u>**RELEASE**</u>


Your Honor:

Since Mr. Desenberg's last court appearance on July 18, 2016, there have been some significant issues that have occurred with him.  On September 7, 2016, Mr. Desenberg was involved in an incident where he was accused of Inflict Corporal Injury on Current/Former Spouse/Cohabitant/ Fiancée; False Imprisonment by Violence; and Destruction of Wireless Emergency Communication Device.  In the police report, the victim accuses Mr. Desenberg of opening multiple credit accounts using the victim's personal information.  The incident is under review with the Ventura County District Attorney's Office with a recommendation by the Ventura County Sheriff's Office for formal charges to be filed.

In addition to the above incident, Mr. Desenberg has been terminated from two places of employment within the past month.  He currently does not have stable employment and is working as a Lyft driver.

The assigned supervising probation officer is requesting sentencing for the violation be accelerated to November 7, 2016, at 1:30 p.m.

It is further recommended that the Court order the following condition of release pending sentencing:

> "The offender shall not contact Raquel Scher by any means, including in person, by mail or electronic means, or via third parties. Further, the offender shall remain at least 100 yards from Raquel Scher at all times. If any contact occurs, the offender shall immediately leave the area of contact and report the contact to the Probation Officer."

**RE:** **John Marcus Desenberg**
        **Docket Number:   0972 1:11CR00406-001**


Respectfully submitted,

*/s/ Megan Pascual*

Megan Pascual
United States Probation Officer


Dated:    October 20, 2016
          Fresno, California
          MDP/rla



*/s/ Tim Mechem*

**REVIEWED BY:**        **Tim Mechem**
                        **Supervising United States Probation Officer**


---

### ORDER OF THE COURT

☒    Approved        ☐    Disapproved

The sentencing is accelerated from its January, 2017 date as requested, and the change in term is
        granted.

IT IS SO ORDERED.

Dated:   **October 20, 2016**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE


Attachment(s)

cc:    Kirk A. Sherriff
       Assistant United States Attorney

       Peggy  Sasso
       Defense Counsel


2