HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOHN MARCUS DESENBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:11-cr-0406 LJO / SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER of ***DENIAL*** |
| vs. | |
| JOHN MARCUS DESENBERG, | DATE:  November 7, 2016 |
| Defendant. | TIME:   1:30 p.m. |
| | JUDGE: Lawrence J. O'Neill |

**IT IS HEREBY STIPULED** by and through the parties through their respective counsel, Assistant United States Attorney Kirk Sherriff, Sanchez, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant John Marcus Desenberg, that sentencing currently set for November 7, 2016, may be rescheduled to Monday, November 21, 2016 at 1:45 p.m. before the Honorable Lawrence J. O'Neill.

Immediately after this Court issued an Order on October 20, 2016 advancing sentencing to November 7, 2016, Defense Counsel requested discovery from Probation.  The counsel for the Government is currently attempting to facilitate production of the requested discovery.  In order to allow the parties time to sort through discovery issues and allow Defense Counsel sufficient time to review and respond to said discovery upon production, the Government has agreed to the aforementioned continuance.

|  |  |  |
|---|---|---|
|  | Respectfully submitted, |  |
|  | PHILLIP A. TALBERT<br>Acting United States Attorney |  |
| DATED: October 27, 2016 | By: | */s/ Kirk E. Sherriff*<br>KIRK E. SHERRIFF<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |  |
| DATED: October 27, 2016 | By: | */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOHN MARCUS DESENBERG |

**O R D E R**

The Court provided concerns to both counsel, indicating that in light of the Circumstances in the most recent and pending Petition, that the Court was not willing to continue the hearing without information from the Probation Officer (Officer Carolyn Houston from the Central District of California, the direct supervising Officer for the Defendant), and without her recommendation.  The Court has now received, reviewed and provided to both counsel that recommendation dated October 28, 2016.  The request to continue the hearing set for Nov. 7th is DENIED.  Counsel has one full week to obtain and analyze the information from Probation.  Probation is requested by this Court to provide any and all requested information forthwith.  This Court is available to handle any disagreement or dispute in this regard, with a simple conference call, on the record.  The process would be simple:  get both counsel and the probation office on the line, then call the

Desenberg Stipulation and Order

**Court, and the Court will go on the record, listen to the dispute and rule from the Bench.**

IT IS SO ORDERED.

Dated: __**October 31, 2016**__     _____/s/ Lawrence J. O'Neill_____
                                                    UNITED STATES CHIEF DISTRICT JUDGE