# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN MARCUS DESENBERG,<br><br>        Defendant. | No. 1:11CR00406-001<br><br>**DETENTION ORDER**<br>(Violation of Probation) |

    The defendant having been arrested for alleged violation(s) of the terms and conditions of supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court orders the above-named defendant detained and finds that:

[x]    The defendant is pending sentencing. This hearing was prompted by activity that is contradiction to the terms of release;

[X]    The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

    This finding is based on the reasons stated on the record, the record which is incorporated herein.

IT IS SO ORDERED.

Dated:   **November 9, 2016**          /s/ Lawrence J. O'Neill
                                                            UNITED STATES CHIEF DISTRICT JUDGE